February 3, 2016

Nancy Flake
1783 W 1100 N
Pleasant Grove, UT 84062

RE:  Case No. 3:15-cv-05405-RBL

To whom it may concern:

I have no interest in any of the proceeds from the sale of the residence in this case.  The house and land belongs to my ex-husband, Guy Flake.  My name was still on the title when the house was delinquent enough in taxes to be auctioned only because Guy failed to have recorded two quit claim deeds that I had signed and notarized, one in 1995 shortly after our divorce and the other in 2007 when he remarried.  I found out my name was still on the title when someone contacted me about purchasing the home.

I filed all the paperwork to have my name removed from the title, but it was after the foreclosure proceedings had begun.  The only reason I submitted the form for surplus payment after the auction was because Guy contacted me by email and said I needed to submit the form before any payment could be disbursed.  I believed it to be just a formality on my part.  If you need a copy of that email I would be happy to send it.

The house belongs to Guy.  It was awarded him in our divorce proceedings.  I have no claim on any of the money from the sale.  If there are questions or forms I need to fill out I will be happy to do so.  I can be contacted at 801-471-3274 and you have my address.

Thanks,

*Nancy Flake*
Nancy Flake

State of Utah
County of Utah     Subscribed and sworn before me this 3 day of Jan, 2016
by Nancy Flake.

*Tereasa Bunker*
Notary Public
My Commission expires: 8-10-2019

FILED LODGED RECEIVED
FEB 08 2016
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                      DEPUTY