The Honorable Ronald B. Leighton

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PIERCE COUNTY, municipal corporation and a political subdivision of the State of Washington,<br><br>Plaintiff,<br><br>v.<br><br>NANCY J. FLAKE; GUY V. FLAKE and JENNIFER FLAKE, a married couple; and THE UNITED STATES OF AMERICA,<br><br>Defendants. | Case No. 3:15-cv-05405-RBL<br><br>**DEFENDANT'S REPONSE TO MOTION FOR DISPURSEMENT OF INTERPLEAD FUNDS**<br><br>Note on Motions Calendar:<br>March 11, 2016 |

The defendant, Jennifer Flake hereby asks this Court for disbursement of 50% of interplead funds reflecting her one half ownership of the property sold. In support, Jennifer has provided the attached letter of explanation:

1

March 9, 2016                                                Case No. 3:15-cv-05405-RBL

The Honorable Ronald B. Leighton
U.S. District Court, Western District of Washington at Tacoma

Dear Judge Leighton:

I respectfully ask that you award half of the proceeds in question to me, as I am not part of Guy's IRS debt.

My name is Jennifer Flake. I've been married to Guy Flake since 2005. I shared ownership of the house that was sold, and lived there for several years. I was heavily invested in our home with my own personal money. I fully understand the IRS wanting to collect, however I do not feel that they have a right to my portion.

Despite being an innocent spouse, I have been financially harmed through the IRS taking money from our past joint and business bank accounts. Also, the IRS has a lien on my Portland home, preventing sale or taking out any type of loans.

I'm unable to work at this time. I'm under a doctors care for a serious illness. Treatment is expected to be lengthy, possibly lasting two years or more. My portion of the funds would make a significant impact on my life as it would go toward medical bills, medicines, food and other necessary living expenses.

In early 2015, the IRS had told us that they agree that I should be awarded 50% of the proceeds from the house sale, so at this point I'm confused and disappointed the IRS is asking the court to award the entire amount to them.

I respectfully ask you to consider this letter, despite the late date. We had stated our position while this was still under Pierce County jurisdiction and perhaps naively assumed that information would be presented to you.

Thank you for your consideration,
Sincerely,

Jennifer Flake
5126 NE 102nd Ave
Portland, OR 97220