UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

, (s),

v.

NANCY J FLAKE et al.,

Defendant (s).

CASE NO. 3:15−cv−05405−RBL

MINUTE ORDER SETTING TRIAL, PRETRIAL DATES

| | |
|---|---|
| **2 DAYS Non−Jury TRIAL** set for 09:30 AM on | May 1, 2017 |
| Deadline for the FILING of any motion to join parties not later than | 8/8/2016 |
| Disclosure of expert testimony under FRCP 26(a)(2) is due | 11/2/2016 |
| All motions related to discovery must be FILED by | 12/12/2016 |
| Discovery COMPLETED by | 1/3/2017 |
| All dispositive motions must be FILED by | 1/31/2017 |
| Settlement conference per LCR 39.1(c)(2) HELD no later than | 2/22/2017 |
| Mediation per LCR 39.1(c)(3) HELD no later than   Under Local Civil Rule 39.1(c) the Court ORDERS that the parties engage in mediation. The parties may seek relief from this requirement by motion and upon a showing of good cause. | 3/28/2017 |
| Letter of compliance as to LCR 39.1 FILED by   A roster of Local Civil Rule 39.1 mediators can be located on the Internet at www.wawd.uscourts.gov. If you do not have access to the Internet, please contact the Clerk's Office at 253−882−3823. | 4/11/2017 |

| | |
|---|---|
| Agreed Pretrial Order OR if counsel request to dispense with, and the Court approves, Witness and Exhibit Lists are due on | 4/14/2017 |
| (Jury Trial) Proposed Voir Dire, Jury Instructions and Trial Briefs or (Bench Trial) Trial Briefs and Proposed Findings of Fact and Conclusions of Law shall be filed by | 4/19/2017 |

If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day. These are firm dates that can be changed only by order of the Court.

The BENCH COPY of the TRIAL EXHIBITS shall be delivered to chambers five days before the trial date. Each set of bench copy exhibits should be submitted in a three−ring binder with appropriately numbered tabs. Exhibits shall be clearly marked in accord with the exhibit list or the proposed pretrial order. The ORIGINAL exhibits shall be brought to court on the first day of trial. Original exhibits may be contained in binders which are appropriately tabbed or individual folders clearly marked with the exhibit number. Counsel should confer and present exhibits to the jury in a uniform fashion. If you have additional questions regarding trial exhibit preparation you may contact Jean Boring, Courtroom Deputy, at 253−882−3823 or jean_boring@wawd.uscourts.gov.

Should this case settle, you should immediately contact Jean Boring. If this case does not settle, it will go to trial on the date set or as soon thereafter as the court is available.

**The conduct of the parties in pre−trial matters should be guided by the provisions of the Code of Pre−Trial Conduct published by the American College of Trial Lawyers which can be found at www.actl.com (Publications).**

Pursuant to the General Order of the Court regarding Public Access to Electronic Case Files (filed 5/29/03), parties are to redact the following information from documents

and exhibits before they are filed with the court:

- Dates of Birth – redact to the year of birth
- Names of Minor Children – redact to the initials
- Social Security Numbers and Taxpayer Identification Numbers – redact in their entirety
- Financial Accounting Information – redact to the last four digits
- Passport Numbers and Driver License Numbers – redact in their entirety

The General Order was issued pursuant to the official policy on privacy adopted by the Judicial Conference of the United States and can be found on the court's website at www.wawd.uscourts.gov. All documents filed in the above−captioned matter must comply with the Privacy Policy and the General Order.

**As of MAY 1, 2004 all counsel should have registered for electronic service by documents and by JUNE 1, 2004 electronic filing became mandatory. Pro se litigants may file either electronically or in paper form. More information about electronic filing may be obtained through the court's website at <u>www.wawd.uscourts.gov</u>. Assistance is also available from the court by contacting the help desk at 1−866−323−9293.**

DATED:  July 8, 2016

The foregoing Minute Order entered by  s/ Jean Boring   Deputy Clerk, **BY DIRECTION OF THE HONORABLE RONALD B. LEIGHTON, UNITED STATES DISTRICT JUDGE.**