The Honorable Ronald B. Leighton

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PIERCE COUNTY, municipal corporation and a political subdivision of the State of Washington,<br><br>   Plaintiff,<br><br>   v.<br><br>NANCY J. FLAKE; GUY V. FLAKE and JENNIFER FLAKE, a married couple; and THE UNITED STATES OF AMERICA,<br><br>   Defendants. | Case No. 3:15-cv-05405-RBL<br><br>**ORDER GRANTING STIPULATED MOTION FOR RELIEF FROM DEADLINES** |

Before the Court is the parties' stipulated motion to be relieved from deadlines. Upon consideration of the motion, the record herein, and for good cause being shown, it is hereby ORDERED that:

1. The stipulated motion for relief from deadlines is GRANTED;

2. The parties are relieved from the following deadlines:

   a. Mediation per LCR 39.1(c)(3) to be no later than **03/28/17**; and

b. A letter of compliance as to LCR 39.1 to be filed by **04/11/17.**

IT IS SO ORDERED.

DATED this 27th day of February, 2017.

*[signature]*

Ronald B. Leighton
United States District Judge

Presented by:

DAVID A. HUBBERT
Acting Assistant Attorney General

*/s/Rika Valdman*
RIKA VALDMAN
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C.  20044
202-514-6056 (v)
202-307-0054 (f)
rika.valdman@usdoj.gov

*Of Counsel:*

ANNETTE L. HAYES
United States Attorney
Western District of Washington
*Attorneys for the United States of America*


*/S/GUY V. FLAKE*
GUY V. FLAKE
5126 NE 102nd Ave.
Portland, OR 97220-1104
*Defendant*

*/S/JENNIFER FLAKE*
JENNIFER FLAKE
5126 NE 102nd Ave.
Portland, OR 97220-1104
*Defendant*